# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LUIS MARTINEZ HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:25-cv-01772-JLT-SAB-HC<br><br>ORDER DISREGARDING PETITIONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 2) |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On December 8, 2025, Petitioner filed an application to proceed in forma pauperis. (ECF No. 2.) However, the filing fee for this action has been paid.

Accordingly, the Court HEREBY ORDERS that Petitioner's application to proceed in forma pauperis (ECF No. 2) is DISREGARDED as MOOT.

IT IS SO ORDERED.

Dated: **December 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge