# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUAN LUIS MARTINEZ HERNANDEZ,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE
ANNEX DETENTION FACILITY, et al.,

Respondents.

Case No. 1:25-cv-01772-SAB-HC

ORDER SETTING BRIEFING SCHEDULE

Petitioner is an immigration detainee who proceeded pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The parties consented to the jurisdiction of a United States magistrate judge. (ECF Nos. 10, 12, 13.)

On February 18, 2026, the Court granted the petition for writ of habeas corpus and directed Respondents to provide Petitioner with a bond hearing before an immigration judge. (ECF No. 15.) On April 6, 2026, Petitioner filed a motion to enforce the judgment. (ECF No. 18.)

The Court HEREBY ORDERS that:

1. Within twenty-one (21) days of the date of service of this order, Respondents SHALL FILE a response to the motion to enforce judgment; and

///

///

1

2.  Within fourteen (14) days of the date of service of Respondents' response, Petitioner MAY FILE a reply.

IT IS SO ORDERED.

Dated:   **April 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2