IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINEZ HERNANDEZ,<br><br>　　　Petitioner,<br><br>　　vs.<br><br>WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, ET. AL.,<br><br>　　　Respondents. | Case №: 1:25-CV-01772-1 SAB<br><br>**ORDER APPOINTING COUNSEL** |

The above named Petitioner has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to 18 U.S.C. § 3006A, IT IS HEREBY ORDERED that:

1. Benjamin F. Hall,  be appointed to represent the above Petitioner in this case effective *nunc pro tunc* to May 21, 2026.

2. The Clerk of Court is DIRECTED to update the docket to reflect Benjamin F. Hall, Esq., Pacifica Law Group, APC, 801 1st St. Suite B, Benicia, CA 94510, 415-776-1633, bhall@benhlaw.com, as counsel for Petitioner in this matter.

IT IS SO ORDERED.

Dated:  __**May 27, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge