# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LUIS MARTINEZ HERNANDEZ, | Case No. 1:25-cv-01772-SAB-HC |
| Petitioner, | ORDER DIRECTING RESPONDENTS TO FILE RESPONSE TO PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY S, et al., | |
| Respondents. | |

On June 2, 2026, Petitioner filed a motion for temporary restraining order. (ECF No. 29.) Within **SEVEN (7) days** of the date of service of this order, Respondents SHALL FILE a response to the motion.

IT IS SO ORDERED.

Dated:   **June 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge