# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LUIS MARTINEZ HERNANDEZ,<br>Petitioner,<br>v.<br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY S, et al.,<br>Respondents. | Case No. 1:25-cv-01772-SAB-HC<br>ORDER GRANTING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER<br>(ECF No. 39) |

Having considered Petitioner's Emergency Motion for Temporary Restraining Order, the Declaration of Benjamin F. Hall and the exhibits thereto, the petition and files in this action, the Court finds that a temporary restraining order is warranted given that it appears that U.S. Immigration and Customs Enforcement is actively preparing to remove Petitioner, removal may occur within hours or days, and absent immediate intervention, Petitioner faces removal before the time allowed for filing his appeal has expired and before proceedings in this Court have concluded. See F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (noting court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

Accordingly, the Court HEREBY ORDERS that:

1. Petitioner's Emergency Motion for a Temporary Restraining Order (ECF No. 39) is GRANTED.

2. Respondents, and their officers, agents, employees, and all persons acting in concert with them, including U.S. Immigration and Customs Enforcement, are ENJOINED and RESTRAINED from transferring Petitioner JUAN LUIS MARTINEZ HERNANDEZ (A# 220-937-936) outside the territorial jurisdiction of this Court pending further order of this Court.
3. This Order is issued without security under Federal Rule of Civil Procedure 65(c).
4. Respondents shall file any opposition to Petitioner's request for a preliminary injunction on or before July 20, 2026, and Petitioner shall file any reply on or before July 22, 2026.
5. This Temporary Restraining Order shall remain in effect for fourteen (14) days from the date and time set forth below, or until a ruling on the preliminary injunction, whichever occurs first, unless extended by the Court for good cause shown or with the consent of the parties.

IT IS SO ORDERED.

Dated: **July 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge